IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| PATRICK RUSSELL, on behalf of himself and all others similarly situated,<br><br>                **Plaintiff(s),**<br><br>v.<br><br>SN SERVICING CORPORATION AND NPML MORTGAGE ACQUISITIONS, LLC,<br><br>                **Defendant(s)/**<br>                **Third-Party Plaintiff(s),**<br><br>v.<br><br><br><br>                **Third-Party Defendant(s).** | Civil Action No. 1:16-CV-88 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Defendant__,
                                                                                                         (type of party)
who is __SN SERVICING CORPORATION__, makes the following disclosure:
                              (name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

SN Servicing Corporation is a wholly owned subsidiary of Security National Master Holding Company, LLC

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ John C. Lynch
Signature of Counsel for Party

Date: 7/14/2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2016, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system which shall send notification of such filing to all counsel of record. I further certify that on this 14th day of July, 2016, a true and correct copy of the foregoing document was sent via Federal Express to the following:

Thompson Consumer Law Group, PLLC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
*Counsel for Plaintiff*

  /s/ John C. Lynch
John C. Lynch (WV Bar No. 6627)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
*Counsel for Defendants*